# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL BURNS, Individually and on Behalf of All Others Similarly Situated,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **SOUTHERN GLAZER'S, INC., SOUTHERN GLAZER'S WINE AND SPIRITS OF ARKANSAS, LLC, and SOUTHERN GLAZER'S WINE & SPIRITS OF ARKANSAS, II, LLC** | )<br>)  No. 4:19-cv-140-JM<br>)<br>)<br>)<br>) |
| **Defendants.** | |

## JOINT NOTICE OF SETTLEMENT

Come Now, Defendants Southern Glazer's, Inc., Southern Glazer's Wine and Spirits of Arkansas, LLC, and Southern Glazer's Wine & Spirits of Arkansas, II, LLC, and Plaintiff Michael Burns, and file this Joint Notice of Settlement. The Parties have reached a settlement in principle that will resolve all claims asserted in this lawsuit. The parties are in the process of memorializing their agreement and expect to file a stipulation of dismissal within forty-five (45) days.

5782461v.1

| | |
|---|---|
| Date: May 2, 2019 | Respectfully submitted, |

| | |
|---|---|
| *s/ Josh Sanford, with permission* | *s/ Teresa Rider Bult* |
| Josh Sanford, Ark. Bar No. 2001037 | Teresa Rider Bult, AR BPR #2012109 |
| **SANFORD LAW FIRM, PLLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| ONE FINANCIAL CENTER | |
| 650 SOUTH SHACKLEFORD | tbult@constangy.com |
| SUITE 411 | 401 Commerce Street, Suite 1010 |
| LITTLE ROCK, ARKANSAS 72211 | Nashville, TN 37219 |
| Telephone: (501) 221-0088 | Phone: (615) 320-5200 |
| Facsimile: (888) 787-2040 | Fax: (615) 321-5891 |
| josh@sanfordlawfirm.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

5782461v.1