IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL BURNS**                                                                              **PLAINTIFF**

vs.                                     No. 4:19-cv-140-JM

**SOUTHERN GLAZER'S WINE & SPIRITS OF AMERICA,
LLC, SOUTHERN GLAZER'S WINE AND SPIRITS OF
ARKANSAS, LLC, and SOUTHERN GLAZER'S
WINE & SPIRITS OF ARKANSAS II, LLC**                          **DEFENDANTS**

## JOINT MOTION TO APPROVE SETTLEMENT, IF NECESSARY, AND TO DISMISS WITH PREJUDICE

COME NOW Plaintiff, by and through his attorneys, and Defendants, by and through their attorneys, and for their Joint Motion to Dismiss with Prejudice, state as follows:

1.     Plaintiff Michael Burns ("Plaintiff") and Defendants Southern Glazer's Wine & Spirits of America, LLC, Southern Glazer's Wine and Spirits of Arkansas, LLC, and Southern Glazer's Wine & Spirits of Arkansas II, LLC (collectively "Defendants"), have reached a settlement (the "Settlement") with respect to Plaintiff's claims against Defendant.

2.     The Settlement was reached after the Parties exchanged information and was negotiated at arms-length by counsel experienced in wage and hour litigation. The Settlement, if approved, will provide meaningful relief to Plaintiff.

3.     The Parties wish for the terms of the Settlement to remain confidential and are submitting it to the Court for review *in camera* contemporaneously with the filing of

Page 1 of 2
Michael Burns, et al. v. Southern Glazer's Wine & Spirits of America, et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-140-JM
Joint Motion Approve Settlement and to Dismiss with Prejudice

this Motion.

4. Accordingly, the Parties request that the Court either: (1) approve the Settlement reached between the Parties; or (2) order that such approval is not required and direct the Parties to file a Stipulation of Dismissal with Prejudice.

5. The Parties file herewith and incorporate herein a Brief in support of their Joint Motion.

WHEREFORE, the Parties respectfully pray that the Court dismiss this case with prejudice or direct the Parties to file a Stipulation of Dismissal with Prejudice, and grant all other relief to which the Parties may be entitled.

Date: May 30, 2019                    Respectfully submitted,

| | |
|---|---|
| Josh Sanford, Ark. Bar No. 2001037 | Teresa Rider Bult, AR BPR #2012109 |
| **SANFORD LAW FIRM, PLLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| ONE FINANCIAL CENTER | tbult@constangy.com |
| 650 SOUTH SHACKLEFORD | 401 Commerce Street, Suite 1010 |
| SUITE 411 | Nashville, TN 37219 |
| LITTLE ROCK, ARKANSAS 72211 | Phone: (615) 320-5200 |
| Telephone: (501) 221-0088 | Fax: (615) 321-5891 |
| Facsimile: (888) 787-2040 | |
| josh@sanfordlawfirm.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

Page 2 of 2
Michael Burns, et al. v. Southern Glazer's Wine & Spirits of America, et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-140-JM
Joint Motion Approve Settlement and to Dismiss with Prejudice